UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAMELA M. CARDINALE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GEORGIA PACIFIC CORPORATION, et al.,<br><br>   Defendants. | Case No. 15-cv-03385-VC<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 28 |
|---|---|

  The Cardinales' motion to shorten time to hear the motion to remand on August 13, 2015 is granted. The defendants' opposition to the motion to remand is due on Monday, August 10, and any reply is due on Tuesday, August 11.

  **IT IS SO ORDERED.**

Dated: August 5, 2015

                         VINCE CHHABRIA
                         United States District Judge